# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MIKAEL YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Case No. 18-cv-00633-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Garcia et al. v. Intel Corporation*, Case No. 18-cv-00046-EJD.

**IT IS SO ORDERED.**

Dated: January 31, 2018

                                                 BETH LABSON FREEMAN
                                               United States District Judge